IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

  v.

Case No. 20-cv-96-bbc

J. PERTTU, D. RADTKE, B. HOMPE,
C. O'DONNELL, G.B.C.I., AND D.O.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 2/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |