APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B.,

Plaintiff(s), Michael, Scott

File Number 3:20-CV-96

v.

Notice of Appeal

C. D.,

Defendant(s) 96.c.i./D.O.C., C. o'donnell, B. hope, D. radtke and J. perttu.

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the _Seventh_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 27th day of _May_, 2020

(s) _Michael Scott_
Attorney for _M.c_
Address: _96.c.i._

* See Rule 3(c) for permissible ways of identifying appellants.

1.